

# United States District Court
## Office of the Clerk
### 201 SOUTH EVANS STREET
### GREENVILLE, NC 27858

Peter A. Moore, Jr.,
Clerk of Court

January 5, 2024

Santiago Arroba
Joseph Budd
Osborn Gambale Beckley & Budd PLLC
1100 Wake Forest Road, Suite 205
Raleigh, NC 27604
*Attorneys for Plaintiff*

RE: <u>Ross v. Ryder Truck Rental, Inc.</u>
    7:24-CV-6-D-BM

**Notice to Parties Regarding Removal of Case to the Eastern District of North Carolina**

Dear Counsel of Record:

On January 4, 2024, a Notice of Removal was filed in the above-referenced action.

Local Civil Rule 5.3 governs removals of cases to the Eastern District of North Carolina Pursuant to this rule, within 14 days after removal you are required to file either a notice of appearance, a notice of substitution of counsel, or a motion to withdraw. Additionally, you must also file a disclosure statement in accordance with Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3. You also should consult Local Civil Rule 5.3 to determine the applicable response deadlines for any motions filed in state court prior to removal.

Unless otherwise authorized by the court, all documents submitted for filing shall be filed electronically using the Case Management/Electronic Case Filing System (CM/ECF). Information regarding CM/ECF and guidance in obtaining training and user log-in and password are available on the court's website, www.nced.uscourt.gov .

cc: - Amy Petty & David Batten - Notice of Electronic Filing

Sincerely,

Peter A. Moore, Jr.,
CLERK OF COURT

(By) _____
Deputy Clerk