THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:24-cv-6-D-BM

| STEPHEN PATRICK ROSS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **DEFENDANT'S CERTIFICATE OF** |
| v. | ) | **SERVICE OF DISCOVERY** |
| | ) | |
| RYDER TRUCK RENTAL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW Defendant Ryder Truck Rental, Inc. ("Ryder"), and hereby certifies that the following discovery was served on all counsel of record via STATUTORY ELECTRONIC SERVICE:

1. Defendant's Initial Disclosures.

This 23rd day of February, 2024.

           WEINBERG, WHEELER,
           HUDGINS, GUNN & DIAL, LLC

           */s/ Aaron Chausmer*
           Richard H. Hill, II
           Georgia Bar No. 354425
           (Notice of Special Appearance filed)
           Aaron B. Chausmer
           Georgia Bar No. 119998
           (Notice of Special Appearance filed)
           3344 Peachtree Road, NE
           Suite 2400
           Atlanta, GA 30326
           404-876-2700
           404-875-9433 Fax
           rhill@wwhgd.com
           achausmer@wwhgd.com
           *Attorneys for Defendant Ryder Truck Rental, Inc.*

Amy Petty
NC State Bar No. 20894
BATTEN MCLAMB SMITH, PLLC
4141 Parklake Avenue, Suite 350
Raleigh, NC 27612
Raleigh, NC 27612
Telephone: (919) 439-2221
Facsimile: (919) 780-5382
apetty@battenpllc.com
*Local Civil Rule 83.1(d) Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Rule 5.4 Certificate of Service of Discovery was filed with the Clerk of Court using the CM/ECF system which will send notification via electronic mail to the following parties who are CM/ECF filers or represented by counsel who are CM/ECF filers as follows:

Santiago Arroba
Joseph Budd
1100 Wake Forest Road
Suite 205
Raleigh, NC 27604
santiago@counselcarolina.com
joe@counselcarolina.com
*Attorneys for Plaintiff*

        */s/ Aaron Chausmer*
        Aaron B. Chausmer
        Georgia Bar No. 119998
        (Notice of Special Appearance filed)